PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS TURNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARVARD MEDTECH OF NEVADA, LLC, a Nevada limited liability company; KULDARSHAN S. PADDA, an individual,<br><br>Defendants. | Case No. 2:22-cv-1264-JCM-BNW<br><br>**STIPULATION TO PERMIT DEFENDANTS ADDITIONAL TIME TO FILE A REPLY** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Court's Local Rule of Civil Practice 7-2, Plaintiff and Defendants stipulate and agree to permit Defendants an additional 2-business days, or until November 7, 2022, to file a reply to Plaintiff's opposition (ECF No. 19) to Defendants' pending motion to dismiss (ECF No. 18). This is the parties' first request for an extension of time for the purpose set forth herein. The parties respectfully request the Court approve this stipulation and in support of this request rely upon the following facts:

1. Defendants' reply is currently due today, November 3, 2022. Counsel for

1

Turner v. Harvard Medtech of Nevada, LLC, et. al.,
United States District Court (D. Nev.), Case No. 2:22-cv-1264-JCM-BNW
*Stipulation To Permit Defendants Additional Time To File A Reply*
PPL #202760-15-01

Defendants has not been able to complete the reply because for the past three days undersigned counsel for Defendants has been ill.

    2.   The parties have communicated regarding this matter and agree that good cause supports this request for a 2-business day extension of time. Should the Court approve this Stipulation, the additional time requested will permit counsel for Defendants sufficient time to complete and file a reply.

    In light of the foregoing, the parties respectfully request that the Court approve this Stipulation.

|  |  |
|---|---|
| Respectfully submitted, |  |
| /s/ *Jennifer Braster* | /s/ *Paul S. Padda* |
| Jennifer Braster, Esq.<br>Benjamin B. Gordon, Esq.<br>Alexius Miller, Esq.<br>*Counsel for Plaintiff* | Paul S. Padda, Esq.<br>*Counsel for Defendants* |
| Dated: November 3, 2022 | Dated: November 3, 2022 |

**IT IS SO ORDERED:**

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

DATED: November 4, 2022

2

Turner v. Harvard Medtech of Nevada, LLC, et. al.,
United States District Court (D. Nev.), Case No. 2:22-cv-1264-JCM-BNW
*Stipulation To Permit Defendants Additional Time To File A Reply*
PPL #202760-15-01

PAUL PADDA LAW, PLLC
Business Trial Group
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940