Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Alexius Miller
*Admitted Pro Hac Vice*
JONES & SPROSS, PLLC
1605 Lakecliff Hills Lane, Suite 100
Austin, TX 78732
(T) (346) 387-4723
alexius.miller@jonesspross.com

*Attorneys for Plaintiff Marcus Turner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS TURNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HARVARD MEDTECH OF NEVADA, LLC, a Nevada limited liability company; KULDARSHAN S. PADDA, an individual,<br><br>Defendants. | Case No. 2:22-cv-01264-JDM-BNW<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE PROPOSED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER [ECF NO. 42]**<br><br>**[First Request]** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and LR IA 6-1, the parties respectfully request that the Court approve this stipulation to extend the deadline of February 24, 2023 for the parties to submit a proposed amended discovery plan and scheduling order as set forth in the Court's February 10, 2023, Order. (ECF No. 42). The parties request that the deadline be extended to and until 30-days after Plaintiff files an amended complaint. Currently, Plaintiff is expected to file an amended complaint on or before March 10, 2023.

The parties submit that good cause exists for this requested extension. This requested

extension is not made for purposes of delay but rather because Plaintiff's amended complaint is not due until March 10, 2023. (ECF No. 39). As such, the parties believe that it would be more prudent to discuss and propose an amended discovery plan and scheduling order after the filing of the amended complaint. The parties therefore respectfully request an extension of time to file a proposed discovery plan and scheduling order 30-days after Plaintiff files and amended complaint or no later than April 10, 2023.

Dated this 23rd day of February 2023.

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Alexius Miller
*Admitted Pro Hac Vice*
JONES & SPROSS, PLLC
1605 Lakecliff Hills Lane, Suite 100
Austin, TX 78732
(T) (346) 387-4723
alexius.miller@jonesspross.com

*Attorneys for Plaintiff Marcus Turner*

PAUL PADDA LAW, PLLC

By: /s/ Paul S. Padda
Paul S. Padda
Nevada Bar No. 10417
4560 S. Decatur Blvd., Suite 300
Las Vegas, NV 89103

*Attorneys for Defendants Harvard Medtech of Nevada, LLC and Kuldarshan S. Padda*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 24, 2023

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2