Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Alexius Miller
*Admitted Pro Hac Vice*
JONES & SPROSS, PLLC
1605 Lakecliff Hills Lane, Suite 100
Austin, TX 78732
(T) (346) 387-4723
alexius.miller@jonesspross.com

*Attorneys for Plaintiff Marcus Turner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS TURNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HARVARD MEDTECH OF NEVADA, LLC, a Nevada limited liability company; KULDARSHAN S. PADDA, an individual,<br><br>Defendants. | Case No. 2:22-cv-01264-JDM-BNW<br><br>**JOINT STIPULATION TO PERMIT PLAINTIFF TIME TO FILE AN OPPOSITION [ECF NO. 49] AND EXTEND TIME TO FILE PROPOSED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[First Request - Opposition]**<br>**[Second Request – Discovery Plan]** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and the Court's Local Rule of Civil Practice 7-2, Plaintiff and Defendants stipulate and agree to permit Plaintiff additional time, or until April 21, 2023, to file his response to Defendant's Motion to Dismiss Count 2 of Plaintiff's Second Amended Complaint. *See* ECF No. 49. The parties also agree that Defendants shall have until May 12, 2023 to file a reply. This is Plaintiff's first request for an extension of time for the purpose set forth herein.

Plaintiff and Defendants further stipulate and agree to extend the time to file the proposed discovery plan and scheduling order until April 24, 2023. *See* ECF No. 44. This is the second request for an extension of time regarding the discovery plan.

Plaintiff respectfully requests the Court approve this stipulation and in support of this request relies upon the following facts: Plaintiff's opposition to Defendants' Motion to Dismiss is due April 7, 2023, and the proposed discovery plan is due April 10, 2023. Alexius Miller, lead counsel for Plaintiff, has not been able to complete these items due to a family medical emergency. The parties have communicated regarding this matter and agree that good cause supports this request for a two-week extension of time for both the opposition and discovery plan. Should the Court approve this Stipulation, the additional time requested will permit counsel for Plaintiff sufficient time to complete and file an opposition and the parties to submit a discovery plan.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 3

In light of the foregoing, and based upon good cause, the parties respectfully request that the Court approve this Stipulation.

Dated this 6th day of April 2023.

| NAYLOR & BRASTER | PAUL PADDA LAW, PLLC |
|---|---|
| By: /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin B. Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Alexius Miller<br>*Admitted Pro Hac Vice*<br>JONES & SPROSS, PLLC<br>1605 Lakecliff Hills Lane, Suite 100<br>Austin, TX 78732<br>(T) (346) 387-4723<br>alexius.miller@jonesspross.com<br><br>*Attorneys for Plaintiff Marcus Turner* | By: /s/ Paul S. Padda<br>Paul S. Padda<br>Nevada Bar No. 10417<br>4560 S. Decatur Blvd., Suite 300<br>Las Vegas, NV 89103<br><br>*Attorneys for Defendants Harvard Medtech of Nevada, LLC and Kuldarshan S. Padda* |

## ORDER

IT IS ORDERED that ECF No. 51 is GRANTED in part and DENIED in part without prejudice. It is granted to the extent that the deadline to file the proposed discovery plan and scheduling order shall be April 24, 2023. It is denied without prejudice to the extent the parties seek an extension of the briefing schedule on the motion to dismiss, as this must be filed as a separate stipulation. *See* LR IC 2-2(b).

**IT IS SO ORDERED**
**DATED:** 1:28 pm, April 07, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

3 of 3