Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Plaintiff Marcus Turner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS TURNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HARVARD MEDTECH OF NEVADA, LLC, a Nevada limited liability company; KULDARSHAN S. PADDA, an individual,<br><br>Defendants. | Case No. 2:22-cv-01264-JCM-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Alexius Miller is no longer associated with Jones & Spross and respectfully requests removal from the CM/ECF service list. The undersigned counsel, Jennifer L. Braster, remains counsel of record for Plaintiff Marcus Turner.

Dated this 14th day of March 2024.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Plaintiff Marcus Turner*

**IT IS SO ORDERED**

**DATED:** 9:25 am, March 15, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000