PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS TURNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HARVARD MEDTECH OF NEVADA, LLC, a Nevada limited liability company; KULDARSHAN S. PADDA, an individual,<br><br>Defendants. | Case No. 2:22-cv-1264-JCM-BNW<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal of this action with prejudice. The parties further agree that each side shall bear its own fees, costs and other expenses without any right of recoupment from any other party to this lawsuit.

This Stipulation is being entered into in order to bring finality to this matter with respect to all claims that were asserted, or which could have been asserted, in this litigation. The

. . .

. . .

1

parties respectfully request that the Court approve this Stipulation and dismiss this matter with prejudice.

DATED this 16th day of September 2024.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ *Jennifer Braster* | /s/ *Paul S. Padda* |
| Jennifer Braster, Esq. | Paul S. Padda, Esq. |
| *Counsel for Plaintiff Marcus Turner* | *Counsel for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 18, 2024

PAUL PADDA LAW, PLLC
Business Trial Group
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2

Turner v. Harvard Medtech of Nevada, LLC, et. al.,
United States District Court (D. Nev.), Case No. 2:22-cv-1264-JCM-BNW
*Stipulation For Dismissal With Prejudice*
PPL #202760